**Heather J. Van Meter**, OSB No. 983625
heather.vanmeter@millernash.com
MILLER NASH LLP
500 Broadway Street, Suite 400
Vancouver, WA 98660
Telephone: 360.619.7038
Facsimile: 360.694.6413

    Attorneys for Defendant
    Port of Brookings-Harbor

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| ANTHONY HUBBARD, | CV No. 1:24-cv-00300-MC |
|     Plaintiff, | |
| v. | STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |
| THE PORT OF BROOKINGS-HARBOR, | |
|     Defendant. | |

Based upon the signed stipulation of the parties below, the parties hereby agree that this matter should be and is hereby dismissed with prejudice and without costs or fees awarded to any party.

///

Page 1 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

4860-4305-5272.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 360.619.7038
500 BROADWAY STREET, SUITE 400
VANCOUVER, WA 98660

The Court being fully advised herein,

IT IS HEREBY ORDERED AND ADJUDGED, pursuant to Fed. R. Civ. P. 41(a), that this action is dismissed in its entirety with prejudice and without costs or fees to any party.

Dated: July 9, 2024.

                                          s/Michael J. McShane
                                          Hon. Michael J. McShane
                                          U.S. District Court Judge

                                          MILLER NASH LLP

s/ [signature]
~~Nathan Garcia, OSB No. 103856~~
~~nathan@nathangarcialaw.com~~

~~Attorneys for~~ Plaintiff Anthony Hubbard

*Pro-Se*
*Prior attorney not certified in federal court*

                                          s/Heather Van Meter
                                          Heather J. Van Meter, OSB No. 983625
                                          heather.vanmeter@millernash.com

                                          Attorneys for Defendant Port of Brookings-Harbor

Page 2 -   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

4860-4305-5272.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 360.619.7038
500 BROADWAY STREET, SUITE 400
VANCOUVER, WA 98660

I hereby certify that I served the foregoing STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE on:

    Nathan L. Garcia
    Attorney at Law PC
    PO Box 2724
    Brookings, OR 97415

by the following indicated method or methods on the date set forth below:

☐     **CM/ECF system transmission.**

☒     **E-mail.**  As required by Local Rule 5.2, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐     **Facsimile communication device.**

☐     **First-class mail, postage prepaid.**

☐     **Hand-delivery.**

☐     **Overnight courier, delivery prepaid.**

DATED this 22nd day of February, 2024.

    s/Heather Van Meter
    Heather J. Van Meter, OSB No. 983625
    Of Attorneys for Defendant
    Port of Brookings-Harbor

Page 1 -   Certificate of Service

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 360.619.7038
500 BROADWAY STREET, SUITE 400
VANCOUVER, WA 98660